40 F.3d 1244
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Randy Wayne POINDEXTER, Plaintiff Appellant,
v.
Parker EVATT, Commissioner, South Carolina Department of
Corrections; Benjamin Montgomery, Warden,
Defendants Appellees.
 No. 94-6937.
 United States Court of Appeals, Fourth Circuit.
 Submitted Sept. 26, 1994.
Decided Nov. 3, 1994.
 
 Appeal from the United States District Court for the District of South Carolina, at Columbia. G. Ross Anderson, Jr., District Judge. (CA-94-1320-3-3-AK).
 Randy Wayne Poindexter, appellant Pro Se.
 John Joseph Fantry, Jr., Belser, Lewis & Rogers, P.A., Columbia, SC, for appellees.
 D.S.C.
 DISMISSED.
 Before ERVIN, Chief Judge, and WILKINSON and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order affirming the magistrate judge's order denying Appellant's motion for appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 3
 DISMISSED.